UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Case No. 05-10 LTS
)
PAUL HICKS )

### GOVERNMENT'S MOTION TO SEAL

The United States hereby respectfully moves the Court to seal the complaint, supporting affidavit, arrest warrant, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of the Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case and the ability to effect a safe arrest of the defendant.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____

JOHN A. CAPIN
Assistant U.S. Attorney
(617) 748-3264