✤AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

USA v. Paul Hicks

**EXHIBIT AND WITNESS LIST**

Case Number: 05-10

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY<br>Cipiw | DEFENDANT'S ATTORNEY<br>Krocoski |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER<br>ul usital | COURTROOM DEPUTY<br>ACS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✗ | | 6/23 | | | Agent Granatino - ATF |
| 1 | | | | | Police Report 3/28/05 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages