AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

PAUL HICKS

**WARRANT FOR ARREST**

CASE NUMBER: 05-MJ-00010-LTS

To: The United States Marshal
and any Authorized United States Officer

RECEIVED
2005 JUN -8 P 2: 24
U.S. MARSHAL SERVICE
BOSTON, MA

YOU ARE HEREBY COMMANDED to arrest _____ PAUL HICKS _____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

possession of ammunition by a felon, in violation of 18 U.S.C. Section 922(g)(1); and possession with intent to distribute cocaine and cocaine base,

in violation of
Title  21  United States Code, Section(s) 841(a)(1)

Leo T. Sorokin                           U.S.M.J.
Name of Issuing Officer                  Title of Issuing Officer

_[signature]_                            Boston, Massachusetts
Signature of Issuing Officer             Date and Location

Bail fixed at $ _____  by _____
                            Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 6/10/05 NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.