⚠AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetts_

### APPEARANCE

Case Number: 05-0010 JS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _Paul Hicks_

I certify that I am admitted to practice in this court.

_June 23, 2005_
Date

_Joseph F. Krowski Jr._
Signature

_Joseph F. Krowski Jr._   _640702_
Print Name                Bar Number

_30 Cottage Street_
Address

_Brockton_    _MA_    _02301_
City          State   Zip Code

_508-587-2355_    _508-580-6035_
Phone Number      Fax Number