UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05 CR 10204 GAO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL VIOLATIONS: |
| ) | |
| v.                        ) | 18 U.S.C. § 922(g)(1) |
| )                          | (Felon in Possession of |
| PAUL HICKS                ) | Ammunition) |
| )                          | |
| )                          | 21 U.S.C. § 841(a)(1) |
| )                          | (Possession of Cocaine Base |
| )                          | With Intent to Distribute) |
| )                          | |
| )                          | 21 U.S.C. § 841(a)(1) |
| )                          | (Possession of Cocaine With |
| )                          | Intent to Distribute) |

INDICTMENT

**COUNT ONE:**   (18 U.S.C. § 922(g)(1) - **Felon in Possession of Ammunition**)

The Grand Jury charges that:

On or about January 20, 2005, at Brockton, in the District of Massachusetts,

PAUL HICKS,

defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, numerous rounds of ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT TWO:**   (21 U.S.C. § 841(a)(1)- Possession of
            Cocaine Base with Intent to Distribute)

The Grand Jury charges that:

On or about January 20, 2005, at Brockton, in the District of Massachusetts,

PAUL HICKS,

defendant herein, did knowingly and intentionally possess with intent to distribute, a quantity of cocaine base, also known as crack cocaine, a Schedule II controlled substance.

The Grand Jury further charges that the transaction described herein involved at least five grams of a mixture or substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II controlled substance, in violation of 21 United States Code, Section 841(b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THREE:**     (21 U.S.C. § 841(a)(1)- Possession of
            Cocaine with Intent to Distribute)

The Grand Jury charges that:

On or about January 20, 2005, at Brockton, in the District of Massachusetts,

PAUL HICKS,

defendant herein, did knowingly and intentionally possess with intent to distribute, a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**FORFEITURE ALLEGATION**
**(21 U.S.C. § 853)**

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts One and Two of this Indictment,

PAUL HICKS,

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant --

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the

property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
JOHN A. CAPIN
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS;               August 10, 2005.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK
8/10/05 @ 2:18 pm

JS 45 (5/97) - (Revised USAO MA 3/25/04)

**05 CR 10204 GAO**

**Criminal Case Cover Sheet**      U.S. District Court - District of Massachusetts

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** ATF

**City** Brockton      **Related Case Information:**

**County** Plymouth      Superseding Ind./ Inf. \_\_\_\_\_ Case No. \_\_\_\_\_
Same Defendant \_\_\_\_\_ New \_\_\_\_\_
Magistrate Judge Case Number  05-mj-00010-LTS
Search Warrant Case Number \_\_\_\_\_
R 20/R 40 from District of \_\_\_\_\_

**Defendant Information:**

**Defendant Name** Paul Hicks      Juvenile   [ ] Yes   [X] No

**Alias Name** \_\_\_\_\_

**Address** 15 Cabot Street, Brockton, MA

**Birth date (Year only):** 1973   **SSN (last 4 #):** 3407   **Sex** M   **Race:** Black   **Nationality:** USA

**Defense Counsel if known:** Joseph Krowski, Jr.      **Address:** 30 Cottage Street
Brockton, MA 02301

**Bar Number:** \_\_\_\_\_

**U.S. Attorney Information:**

**AUSA** John A. Capin      **Bar Number if applicable** 557277

**Interpreter:** [ ] Yes [X] No    **List language and/or dialect:** \_\_\_\_\_

**Matter to be SEALED:** [X] Yes [X] No

[ ] Warrant Requested    [ ] Regular Process    [X] In Custody

**Location Status:**

**Arrest Date:** 6/10/05

[X] Already in Federal Custody as pretrial detainee in \_\_\_\_\_
[ ] Already in State Custody \_\_\_\_\_ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by \_\_\_\_\_ on \_\_\_\_\_

**Charging Document:**   [ ] Complaint   [ ] Information   [X] Indictment

**Total # of Counts:**   [ ] Petty \_\_\_\_\_   [ ] Misdemeanor \_\_\_\_\_   [X] Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

[X]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** August 10, 2005      **Signature of AUSA:** /s/

05 CR 10204 GA

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Paul Hicks

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 922(g)(1) | Possession of Ammunition by Felon | 1 |
| Set 2  21 U.S.C. § 841(a)(1) | Possession of cocaine base w/ intent to distrib. | 2 |
| Set 3  21 U.S.C. § 841(a)(1) | Possession of cocaine with intent to distribute | 3 |
| Set 4  21 U.S.C. § 853 | Forfeiture | 4 |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

**ADDITIONAL INFORMATION:** _____

JS45.wpd - 1/15/04 (USAO-MA)