UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS            CRIMINAL DIVISION
                                     NO. 105CR10204

UNITED STATES

vs.

PAUL HICKS

NOTICE OF APPEARANCE OF COUNSEL FOR THE DEFENDANT

Attorney Joseph F. Krowski Jr. moves this court to enter his appearance in the above captioned matter. As reasons therefore, counsel submits the following:

1. Counsel is an attorney in good standing licensed to practice law in the United States District Court.

                                     Counsel for the defendant,


                                     /s/ Joseph F. Krowski Jr.
                                     Joseph F. Krowski Jr.
                                     30 Cottage Street
                                     Brockton MA 02301
                                     (508)-584-2555
                                     BBO: 640902
Dated: August 15, 2004