UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | )  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10204-GAO |
| | ) | |
| PAUL HICKS | ) | |
| | ) | |

**ASSENTED-TO MOTION TO EXCLUDE TIME FROM 8/16/05 TO 9/26/05**

Pursuant to the Speedy Trial Act, 18 U.S.C. §§3161 et seq., the United States of America, with the assent of the defendant, Paul Hicks, hereby moves the Court to exclude from the time within which trial must commence the period from August 16, 2005 until September 26, 2005. As grounds, the government states that, at the defendant's arraignment on August 16, 2005, the parties agreed to exclude this period in order to provide adequate opportunity to engage in discovery. This period is excludable under 18 U.S.C. § 3161(h)(8)(A) because the delay resulting from permitting the parties to engage in discovery serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ John A. Capin
      _____
      JOHN A. CAPIN
      Assistant U.S. Attorney
      (617) 748-3264