UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
UNITED STATES OF AMERICA  )
)
v.  )  CRIMINAL NO. 05-10204-GAO
)
PAUL HICKS  )
_____)

## ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME FROM 11/8/05 TO 11/15/05

The United States of America, with the assent of the defendant, Paul Hicks, hereby moves to continue the status conference scheduled for November 8, 2005 until November 15, 2005 and to exclude the period of the continuance from the period within which trial must commence under the Speedy Trial Act, 18 U.S.C. §§3161 et seq. As grounds, the government states that the continuance is necessary due to conflicts in counsels' schedules and to provide the parties time to resolve outstanding discovery issues. This period is excludable under 18 U.S.C. § 3161(h)(8)(A) because the delay will allow counsel to attend the conference after having resolved outstanding discovery issues and, thus, will serve the ends of justice and outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ John A. Capin
      _____
      JOHN A. CAPIN
      Assistant U.S. Attorney
      (617) 748-3264