UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
UNITED STATES OF AMERICA                )
                                        )
         v.                             )       CRIMINAL NO. 05-10204-GAO
                                        )
PAUL HICKS                              )
_____)

## ASSENTED-TO MOTION TO EXCLUDE TIME FROM 11/15/05 TO 1/3/06

Pursuant to the Speedy Trial Act, 18 U.S.C. §§3161 et seq., the United States of America, with the assent of the defendant, Paul Hicks, hereby moves the Court to exclude from the time within which trial must commence the period from November 15, 2005 to January 3, 2006. As grounds, the government states that, at the interim status conference conducted on November 15, 2005, the defendant requested time to review audio tapes being provided by the government because the defendant believes such review may lead to additional discovery. The Court scheduled a final status conference to be held on January 3, 2006. The period from November 15, 2005 to January 3, 2006 is excludable under 18 U.S.C. § 3161(h)(8)(A) because the delay resulting from permitting the parties to complete discovery serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                By:     /s/ John A. Capin
                                        _____
                                        JOHN A. CAPIN
                                        Assistant U.S. Attorney
                                        (617) 748-3264