UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                       )
UNITED STATES OF AMERICA               )
                                       )
            v.                         )        CRIMINAL NO. 05-10204-GAO
                                       )
PAUL HICKS                             )
_____ )

**ASSENTED-TO MOTION TO EXCLUDE TIME FROM 1/3/06 TO 2/13/06**

Pursuant to the Speedy Trial Act, 18 U.S.C. §§3161 et seq., the United States of America, with the assent of the defendant, Paul Hicks, hereby moves the Court to exclude from the time within which trial must commence the period from January 3, 2006 to February 13, 2006. As grounds, the government states that, at a status conference conducted on January 3, 2006, the defendant requested time to file a suppression motion. The Court scheduled a final status conference to be held on February 13, 2006. The period from January 3, 2006 to February 13, 2006 is excludable under 18 U.S.C. § 3161(h)(8)(A) because the delay resulting from permitting the parties to complete discovery serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ John A. Capin
      _____
      JOHN A. CAPIN
      Assistant U.S. Attorney
      (617) 748-3264