UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No: 05-CR-10204-GAO

```
_____
                              )
UNITED STATES OF AMERICA      )    AFFIDAVIT SUPPORTING
                              )    DEFENDANT'S MOTION TO SUPPRESS
v.                            )    EVIDENCE SEIZED PURSUANT TO AN
                              )    UNLAWFUL SEARCH WARRANT AND
PAUL HICKS                    )    REQUEST FOR HEARING
_____)
```

The affiant, Paul Hicks, hereby states and deposes the following:

1. I am the Defendant in this case.

2. On or about January 20, 2005, I was present inside 15 Cabot Street, Brockton, Massachusetts, at approximately 6:40 p.m.

3. At that time, law enforcement officers entered the premises without knocking or announcing their presence.

4. The officers searched the entire 15 Cabot Street premises.

5. I did not consent or otherwise authorize the officers to search my person, my surroundings, or the entire premises of 15 Cabot Street.

Subscribed and sworn under the pains and penalties of perjury.


/s/Paul Hicks
PAUL HICKS

DATE: March 6, 2006