AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF        MASSACHUSETTS

**APPEARANCE**

Case Number:    05-10204-GAO

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    the United States

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/15/06 | /s/ Nadine Pellegrini |
| Date | Signature |
| | Nadine Pellegrini        545606 |
| | Print Name                Bar Number |
| | One Courthouse Way |
| | Address |
| | Boston        MA    02210 |
| | City           State    Zip Code |
| | 617-748-3115        617-748-3951 |
| | Phone Number           Fax Number |