IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA     :
                             :          CRIMINAL ACTION
        v.                   :
                             :          05-10204-GAO
PAUL HICKS
```

**Government's Motion for Enlargement of Time
to File Motion in Opposition to Motion to Suppress
until April 10, 2006**

The United States of America, by Michael J. Sullivan, United States Attorney, and Nadine Pellegrini, Assistant United States Attorney for the District of Massachusetts, and files this Motion for Enlargement of Time to File its Opposition to Defendant's Motion to Suppress as follows:

1. The government's Motion in Opposition to the Defendant's Motion to Suppress is currently due on March 27, 2006.

2. Undersigned government counsel has recently been assigned to this matter and has not yet had sufficient time to review the file due to the press of other matters.

3. Government counsel has conferred with counsel for the Defendant who has no objection to the enlargement of time of two weeks for the government to file its response.

4. Therefore, the government respectfully requests an enlargement of time to April 10, 2006 to file its Motion in Opposition.

Respectfully submitted,

Michael J. Sullivan
UNITED STATES ATTORNEY

/s/Nadine Pellegrini
ASSISTANT UNITED STATES ATTORNEY
Nadine Pellegrini

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by electronic filing.

Joseph Krowski, Jr.
30 Cottage Street
Brockton, MA 02301

This 27th day of March, 2006.

/s/Nadine Pellegrini
ASSISTANT UNITED STATES ATTORNEY

2