UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No: 05-CR-10204-GAO

_____
                           )
UNITED STATES OF AMERICA   )
                           )   **SUPPLEMENTAL AFFIDAVIT IN SUPPORT**
v.                         )   **OF DEFENDANT'S MOTION TO SUPPRESS**
                           )
PAUL HICKS                 )
_____)

I, Paul Hicks, do hereby state and deposes on first hand knowledge:

1. On January 20, 2005, at approximately 6:40 p.m. I was present at the single family home located at 15 Cabot Street, Brockton, MA.

2. My ex-girlfriend, Renee Yarell, owns the home.

3. I was at the house watching her children.

4. I did not live at 15 Cabot Street.

5. At 6:40 at night the police came into the house.

6. They searched me and the entire house.

7. I did not give my permission to the police to search my clothing, person, or the house.

Singed under the pains and penalties of perjury.


/s/Paul Hicks_____          _____
PAUL HICKS                         DATE