```
           UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS
```

```
UNITED STATES OF AMERICA   )
                           ) CRIMINAL NO. 05-10204-GAO
     v.                    )
                           )
PATRICK HICKS              )
                           )
          Defendant        )
```

## APPEARANCE

Please enter my appearance as an attorney for the United States in this matter.

```
                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

               By:
                    /s/ JONATHAN F. MITCHELL
                    JONATHAN F. MITCHELL
                    Assistant U.S. Attorney
                    John Joseph Moakley U.S. Courthouse
                    1 Courthouse Way, Suite 9200
                    Boston, MA 02210
                    617/748-3274
                    617/748-3960 (Fax)
                    jonathan.mitchell@usdoj.gov
```

Dated: June 26, 2006