UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                       )<br>)<br>PAUL HICKS,              )<br>)<br>          Defendant.    ) | Criminal No. 05-CR-10204-GAO |

### ASSENTED-TO MOTION TO EXTEND THE DEADLINE BY WHICH TO PRODUCE DOCUMENTS IN COMPLIANCE WITH THE COURT'S JULY 25, 2006 ORDER

The government hereby moves for an extension of time to submit documents in compliance with the Court's July 25, 2006 Order, which requires the government to produce *ex parte* certain documents that may indicate the times and dates of two controlled narcotics transactions.

As grounds for its motion, the government states that undersigned counsel has gathered several sets of documents responsive to the Court's Order. The government is waiting on certain other information from the Massachusetts State Police and the Brockton Police Department. Rather than providing the documents to the Court in piecemeal fashion, the government believes that it would be more efficient to submit the documents all at once. The government believes it will have gathered all of the responsive documents by the end of the week. Undersigned counsel has conferred with defense counsel regarding this motion, and he stated that he would assent to it.

WHEREFORE, the government requests that the Court extend the time within to produce records in response to the Court's Order by one week, that is, to August 21, 2006.

                                      Respectfully submitted,
                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                            By: /s/ Jonathan F. Mitchell
                                      JONATHAN F. MITCHELL
                                      Assistant U.S. Attorney