```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
         v.                   )    Criminal No. 05-10204-GAO
                              )
PAUL HICKS                    )
```

## INFORMATION

Pursuant to Title 21, United States Code, Section 851, the government files this Information giving notice that at the sentencing of defendant Paul Hicks, the government will seek increased punishment by reason of one or more of the following criminal convictions:

> Taunton District Court, docket number 0331CR5161, Assault and Battery with a Dangerous Weapon; date of conviction: March 26, 2004.

> Quincy District Court, docket number 0256CR000363A, Assault and Battery; date of conviction: September 26, 2002.

> Plymouth Superior Court, docket numbers 97196 - 971988 and 97202, Distribution of Cocaine; date of conviction: March 26, 2004.

> Suffolk Superior Court, docket number 95-10863001, Assault with a Dangerous Weapon; date of conviction: November 25, 1996.

> Plymouth District Court, docket number 9459CR4652A, Possession with Intent to Distribute Cocaine; date of conviction: December 30, 1996.

> Suffolk Superior Court, docket number 9310980001 and 9310980001, Possession of a Firearm; date of conviction: November 8, 1993.

> Dorchester District Court, docket number 9307CR2015A, Assault and Battery with a Dangerous Weapon; date of conviction: May 3, 1993.

> Dorchester District Court, docket number 9207CR6208A,

Assault and Battery with a Dangerous Weapon; date of conviction: October 20, 1992.

Dorchester District Court, docket number 9107CR5106A, Possession with Intent to Distribute Cocaine; date of conviction: July 26, 1991.

Boston Municipal Court, docket number 912358, Assault and Battery on a Police Officer; date of conviction: December 9, 1991.

Dorchester District Court, docket number 9107CR0788A, Manufacturing Cocaine; date of conviction: April 2, 1991.

Roxbury District Court, docket number 9102CR0236, Assault and Battery on a Police Officer; date of conviction: March 14, 1991.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By: /S/ Jonathan F. Mitchell
>    JONATHAN F. MITCHELL
>    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the counsel of record for the defendant the foregoing document by efiling.

This 4th day of October, 2006.

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL