UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )    Criminal No. 05-CR-10204-GAO
        v.                      )
                                )
PAUL HICKS,                     )
                                )
            Defendant.          )

## MOTION TO SEAL

The government hereby moves for an Order sealing the

attached Motion for Protective Order, this motion, and any papers

associated with either motion on the grounds that disclosure of

such information may reveal confidential criminal history

information that is protected under Massachusetts law.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

JONATHAN F. MITCHELL
Assistant U.S. Attorney