UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
                              )    Criminal No. 05-CR-10204-GAO
        v.                    )
                              )
PAUL HICKS,                   )
                              )
        Defendant.            )
```

GOVERNMENT'S WITNESS LIST

The government intends to call the following witnesses in its case-in-chief:

<u>Bureau of Alcohol, Tobacco, Firearms and Explosives</u>

Sheila O'Hara
Stephanie Schaefer

<u>Massachusetts State Police</u>

James Arroyo
Nancy Brooks
Paul Coleman
James Gilmore
Dean Lavangie
Richard Long
Edward McDonald
Erik Telford
Joseph Silva
Anthony Thomas
Frank Walls

<u>Brockton Police Department</u>

Jeff Costello
Thomas Keating
George Khoury
Christopher McDermott
Robert Morrissey
Kevin O'Connor
Patrick O'Malley
Timothy Stanton

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                         By:  /s/ Jonathan F. Mitchell_____
                              JONATHAN F. MITCHELL
                              Assistant U.S. Attorney
```