UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )   Criminal No. 05-CR-10204-GAO
         v.              )
                         )
PAUL HICKS,              )
                         )
         Defendant.      )

GOVERNMENT'S EXHIBIT LIST

The government intends to offer the following exhibits in its case-in-chief:

1a. Plastic bag containing 20.89 grams of crack cocaine
1b. Plastic bag containing 0.33 grams of crack cocaine
1c. Plastic bag containing 125.18 grams of cocaine powder

2. Box of ammunition found in nightstand

3. Nextel Cell Phone found in nightstand

4. Nextel Cell Records for Paul Hicks

5. Comcast bill in name of Paul Hicks found in drawer of nightstand

6. Photo of night stand drawer and contents

7. Photo of weight bench in basement

8. Photo of drug packages and paraphernalia from the basement

9a. Digital scale from kitchen cabinet
9b. Second digital scale from kitchen cabinet

10. Comcast bill in kitchen cabinet

11. Bills found in basement

12. Letter to Paul Hicks found in bedroom

13. Photograph of Paul Hicks and Renae Yurell

14. Recording of a call from Paul Hicks, inmate at Bristol

      County House of Correction to Renae Yurell, on January 11, 2004.

15. Bay State Student Records

16. Booking sheet - Brockton Police Department

17a. Certified copy of conviction, dated December 17, 1996, Case no. 97196-99, Plymouth Superior Court
17b. Certified copy of conviction, dated December 30, 1996, Plymouth District Court, 9459CR4652.
17c. Certified copy of conviction, dated January 31, 1991, Dorchester District Court, 9107-CR-0788

18a. Fingerprint examination report, dated January 21, 2005
18b. Fingerprint examination report, dated May 11, 2005

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney


                                By: /s/ Jonathan F. Mitchell
                                      JONATHAN F. MITCHELL
                                      Assistant U.S. Attorney