```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS

                        Docket No:  1:05-cr-10204-GAO
```

UNITED STATES OF AMERICA

vs.

PAUL HICKS

DEFENDANT'S LIST OF POTENTIAL WITNESSES

The defendant hereby notifies the government of his list of potential witnesses. The list shall include the following:

1. Rosemarie Hicks, 56 Ithaca Road, Brockton MA. 02301
2. Darius Yarrell, 15 Cabot Street, Brockton MA. 02301

Counsel for the defendant,

__/s/JosephF.KrowskiJr._____
Joseph F. Krowski Jr.
30 Cottage Street
Brockton MA 02301
508-584-2555

Dated: October 11, 2006