UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No:  1:05-cr-10204-GAO

UNITED STATES OF AMERICA

vs.

PAUL HICKS

DEFENDANT'S LIST SUGGESTED VOIR DIRE QUESTIONS

The defendant moves this court pursuant to Federal
Rule of Criminal Procedure 24(a)(2)(B) to pose additional
VOIR DIRE questions to prospective jurors.  These shall
include the following:

1.  The government has charged the defendant with one
    count of being a felon in possession of a firearm in
    violation of Title 18, U.S.C., section 922(g), and
    one count each of possession with intent to
    distribute cocaine base and powder each in violation
    of Title 21, U.S.C., section 841(a)(1).  Do you have
    strong opinions about guns or drugs that would make
    it difficult for you to be a fair and impartial juror
    in this case.

2.  The defendant is an African American male.  Do you
    have an opinion about African American males and
    their involvement in the use of guns and or drugs

that would make it difficult for you to be a fair and impartial juror in this case.

3. The government may call local, state, and federal law enforcement officers to testify in this matter. Would you tend to believe or favor the testimony of one of these witnesses merely because he or she is a law enforcement officer.

4. You may learn that the defendant has a past criminal record and has been incarcerated. Would this information make it difficult for you to be a fair and impartial juror in this case.

Counsel for the defendant,

/s/ Joseph F. Krowski Jr.
Joseph F. Krowski Jr.
30 Cottage Street
Brockton MA 02301
508-584-2555

Dated:  October 15, 2006