UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 05-10204-GAO

UNITED STATES OF AMERICA

v.

PAUL HICKS

VERDICT

O'TOOLE, D.J.

**Count 1**

As to Count One charging the defendant with possession of ammunition by a felon in violation of 18 U.S.C. § 922(g)(1), we, the jury, find the defendant, Paul Hicks:

_____ NOT GUILTY          \_\_X\_\_ GUILTY

**Count 2**

As to Count Two charging the defendant with possession of cocaine base with intent to distribute in violation of 21 U.S.C. §841(a)(1), we, the jury, find the defendant, Paul Hicks:

_____ NOT GUILTY          \_\_X\_\_ GUILTY

If you have found the defendant Guilty of Count Two, do you find, beyond a reasonable doubt, that the defendant, Paul Hicks, possessed 5 grams or more of cocaine base?

_____ No          \_\_X\_\_ Yes

**Count 3**

As to Count Three charging the defendant with possession of cocaine with the intent to distribute in violation of 21 U.S.C. § 841(a)(1), we, the jury, find the defendant, Paul Hicks:

_____  NOT GUILTY         __X__  GUILTY

The foregoing represents the unanimous decision of the jury.

10/19/06
DATE

FOREMAN   *Benjamin J. Dobson*