✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| UNITED STATES DISTRICT COURT | DISTRICT OF | MASSACHUSETTS |
|---|---|---|

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| PAUL HICKS | Case Number:  05-10204-GAO |

| PRESIDING JUDGE O'TOOLE | PLAINTIFF'S ATTORNEY JONATHAN MITCHELL | DEFENDANT'S ATTORNEY JOSEPH KRAUSKI |
|---|---|---|
| TRIAL DATE (S) 12/17/06-12/19/06 | COURT REPORTER Valerie O'Hara | COURTROOM DEPUTY Lyness |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Richard Long- Government Witness |
| 6 | | 10/17/06 | x | 10/17/06 | Photo of Night stand drawer and contents |
| 2 | | 10/17/06 | x | 10/17/06 | Box of ammo found in nightstand |
| 3 | | 10/17/06 | x | 10/17/06 | Nextel Cell Phone found in nightstand |
| 4 | | 10/17/06 | x | 10/17/06 | Nextel Cell Records for Paul Hicks |
| 7 | | 10/17/06 | x | 10/17/06 | Photo of weight bench in basement |
| 8 | | 10/17/06 | x | 10/17/06 | Photo of drug packages and paraphernalia from basement |
| 17a | | 10/17/06 | x | 10/17/06 | Certified copy of conviction   12/17/96 |
| 17b | | 10/17/06 | x | 10/17/06 | Certified copy of conviction   12/30/96 |
| 17c | | 10/17/06 | x | 10/17/06 | Certified copy of conviction   1/31/91 |
| | 1 | 10/17/06 | x | 10/17/06 | Revised Photo of govt exhibit 6 without cell phone |
| | | | | | Jeffrey Costello- Government Witness |
| 19 | | 10/17/06 | x | 10/17/06 | Billing documents from Comcast |
| 20 | | 10/17/06 | x | 10/17/06 | Bill payment Report from National Grid |
| | | | | | Christopher McDermott- Government Witness |
| 11 | | 10/17/06 | x | 10/17/06 | Student Statement |
| | | | | | Thomas Keating- Government Witness |
| 9a | | 10/17/06 | x | 10/17/06 | scale |
| 9b | | 10/17/06 | x | 10/17/06 | scale |
| 10 | | 10/17/06 | x | 10/17/06 | Comcast Bill |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)                    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES DISTRICT COURT | | vs. | | PAUL HICKS, JR. | CASE NO. CR 05-10204-GAO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Joseph J. Silvia- Government Witness |
| 18a | | 10/18/06 | x | 10/18/06 | Fingerprint Examination Report- 1/21/05 |
| 18b | | 10/18/06 | x | 10/18/06 | Fingerprint Examination Report-5/11/05 |
| | | | | | Stephanie Shafer- Government Witness |
| | | | | | Patrick O'Malley- Government Witness |
| 16 | | 10/18/06 | x | 10/18/06 | Brockton Booking Sheet |
| | | | | | Michael Nunes- Government Witness |
| 21 | | 10/18/06 | x | 10/18/06 | printout of calls |
| 14 | | 10/18/06 | x | 10/18/06 | Compact Disc of phone call |
| 14a | | 10/18/06 | x | 10/18/06 | Transcript of phone call ( exhibit 14) |
| | | | | | Eric Telford- Government Witness |
| 12 | | 10/18/06 | x | 10/18/06 | Letter |
| 13 | | 10/18/06 | x | 10/18/06 | Picture of Hicks and Haywood |
| | | | | | Dean LeVangie- Government Witness |
| | | | | | Rosemarie Hicks- Defendant Witness |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |