UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO: 1:05-CR-10204-GAO

UNITED STATES OF AMERICA

v.

PAUL HICKS

ASSENTED TO MOTION TO CONTINUE THE SENTENCING HEARING

The defendant, Paul Hicks, moves this court, to continue sentencing hearing presently scheduled for January 22, 2007 until March 1, 2007 or any date thereafter. As reasons therefore, counsel for the defendant asserts the following:

1. The sentencing hearing is currently scheduled for January 22, 2006
2. The probation department conducted the P.S.I. interview on December 11, 2006.
3. The defendant anticipates that it will take some additional to prepare the sentencing report.
4. The defendant needs the additional time to adequately prepare for his sentencing hearing.
5. The government does not object to this request.

												By his attorney,


												/s/ Joseph F. Krowski Jr.
												JOSEPH F. KROWSKI JR.
												30 Cottage Street
												Brockton, MA. 02301
												508-584-2555

Dated:  December 13, 2006