```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

                         DOCKET NO:  1:05-CR-10204-GAO


         UNITED STATES OF AMERICA

                     vs.

              PAUL HICKS
```

ASSENTED TO MOTION TO CONTINUE THE SENTENCING HEARING

The defendant, Paul Hicks, moves this court, to continue sentencing hearing presently scheduled for April 24, 2007 until May 24, 2007 or any date thereafter.  As reasons therefore, counsel for the defendant asserts the following:

1. The court has previously rescheduled the sentencing hearing on the defendant's motion because of the late filing of the P.S.R.
2. My wife has undergone several medical tests in the past several weeks.
3. She must now undergo a more invasive medical test.
4. Beyond the obvious concern and distraction this has also caused time away from the office.
5. I am out of state for the first two weeks of May.

6. Counsel for the defendant needs the additional time to address the medical issues and to also adequately prepare for the sentencing hearing.

By his attorney,


/s/ Joseph F. Krowski Jr.
JOSEPH F. KROWSKI JR.
30 Cottage Street
Brockton, MA. 02301
508-584-2555

Dated:  April 2, 2007