UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO: 05-CR-10204-GAO

_____
                                    )
UNITED STATES OF AMERICA    )
                                    )
v.                                 )
                                    )
PAUL HICKS                    )
_____ )

## NOTICE OF APPEAL TO THE FIRST CIRCUIT COURT OF APPEALS

Pursuant to Rule 4 of the Federal Rules of Appellate Procedure for the First Circuit, the Defendant, Paul Hicks, hereby gives notice of his appeal to the United States Court of Appeals for the First Circuit from all adverse decisions, findings, holdings, and rulings of any and all pretrial motions, a conviction and final judgment of sentencing of the United States District Court entered on May 29, 2007.

Counsel further advises the court that he has a pending Motion to Withdraw and Appoint Appellate counsel before the court.

By his Attorney

 /s/ Joseph F. Krowski, Jr., Esquire
JOSEPH F. KROWSKI, JR., ESQUIRE
30 Cottage Street
Brockton, MA 02301
(508) 584-2555
BBO: 640902

Dated: June 15, 2007
m:cri\hicks.notice.appeal

**CERTIFICATE OF SERVICE**

      I, Joseph F. Krowski, Jr., Esquire, hereby certify that I have this 15th day of June, 2007, served a copy of the Defendant's Notice of Appeal to the First Circuit Court of Appeals on Jonathan F. Mitchell, AUSA, by means of the Official Court Document Electronic Filing system.

                                                                     _/s/ Joseph F. Krowski, Jr., Esquire_____
                                                                    JOSEPH F. KROWSKI, JR., ESQUIRE