Date: 4/06/08

Hon. George A. O'Toole
c/o _____
Deputy Clerk
United States District Court


Dear 4/06/08:

    I was sentenced by Judge O'Toole on 5/29/07 based on the sentencing guidelines that were then in effect regarding cocaine base. I believe that I am eligible to be resentenced, under the amended cocaine base guidelines, which have been made retroactive.

    My current release date is 5/29/31.

    I cannot afford to hire an attorney. A completed financial affidavit is enclosed. I am respectfully requesting that the Court appoint counsel to represent me.

                                    Sincerely,


Name: Paul Hicks

Address: PO Box 1000
Cumberland, MD.

Telephone: _____