Dear Mr. Judge O'Toole:

My name is Paul S. Hicks, I was sentance to 360 month on 5/28/07 so I am writing you reguarding to, that and the new laws that past.

On 10/19/06 I was found guilty by a Jury in your court-room, on a 3 count indictment, # 05CR10204. Count 1 Felon in Possession of Ammunition, Count 2 Possession of Cocaine Base with intent to Distribute, Count 3 Possession of cocaine with intent to Distribute.

I am 35 years old, I come from a good stable family, Parents that are supportive and good road modols. Father works for the Arsun Squard for the Boston Fire Department, and Mother is a State Trooper, But at the same time my family does have its problems, my Brother Darrel Hicks is a diabedic. always in & out of the Hospital getting surgery, he is hooked up to a Dialists machine 12 hours a day, 2 times since I been locked up he been in a life treating situation with his health, in Commons, He had a twin that died from the same issue, my Brother Derren in 2003, and my Brother Keven Died in March of this year 2008. 2½ months ago, My Father Be having strokes, and the Doctor found a little cancer in him he had to have surgery for that, My Mother is all stressed out,

I have two step sons that really needs me, but no kids of my own, and would love the oppatunity to have some, I try to do a lot of programs & take up some trades so when I get out I can have some type of career, then reality kicks in and the length of my sentence tells me basically my life is done what could I do or be in 30 years, but I still try to keep myself busy to contrue my mind, but it is so hard exspecially knowing that I am so innocent of these charges against me, but my past killed me, if you only seen my every day scedule prior to catching this case, I was such on the right track, in school all day, then watch my step sons til 7:00pm, study for a little while, watch the news with my mother and fall asleep, I can't under-stand how I got caught up in this situation, but I have been staying busy, I did NA/AA, Typing class, aids awareness, 40 hour Drug program those I completed, and I am doing the CDL class, Basic Wiring, anger management, and I am on the list to do the carpetery class, knowing your body class, and investment class, I attent Christain Services all the time, I work, and I don't have any Incident reports, I been paying my court fee up til today, but that might become a problem soon because I ain't really going to be getting

money to much swan, But I will try to work some-thing out I been in the FBOP since 8/67.

Sir I was trying to better my future while I was home, and I am still trying to better my future, so I am asking and begging the court to have mercy on me, and I promise, I give you my God giving word you will not regret it, you said at my sentencing the guide-lines was made up bey congress to come up with a proper sentance, now Laws are changing say they are unjust, Sir I pray you find it in your heart to have mercy on me, and like I said I give you my God giving word you will not regret it, and I am a man of my word, Sir please Believe me when I say this, I am not a bad person, and even tho I was found guilty and I have to honor that, but I am innocent I just couldnt prove it.

Thank you for listen & taking time to read this letter. Have a good Day and God Bless you.

Sincerely yours
Paul Hicks