UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
******************************
                              *
UNITED STATES OF AMERICA      *
                              *
V.                            *    CRIMINAL DOCKET
                              *    NO.  05-10204-GAO
PAUL HICKS                    *
                              *
******************************
```

### MOTION ON BEHALF OF DEFENDANT PAUL HICKS
### FOR LEAVE TO FILE MOTION PURSUANT TO 18 U.S.C. §3582

Now comes the undersigned on behalf of the defendant, and moves for leave to file the Defendant's Motion for Relief pursuant to 18 U.S.C. §3582.

As grounds therefore the defendant says that no motion has been filed in the case pursuant to 18 U.S.C. §3582 since the undersigned was appointed to represent the defendant on May 28, 2008; that the undersigned has written to, but not spoken with the defendant about the case; that the letter entered on the docket on May 30, 2008 is not a motion, but a letter addressed to the court; that counsel has not completed his motion on behalf of the defendant; and that counsel intends to file a motion on behalf of the defendant on or before August 1, 2008.

Respectfully submitted,

/S/William M. White, Jr.
William M. White, Jr.
BBO#:  546283
WILLIAM M. WHITE, JR. AND ASSOCIATES, LLC
One Faneuil Hall Marketplace, Third Floor
Boston, MA   02109
(617) 720 - 2002

-2-

### CERTIFICATE OF ELECTRONIC SERVICE

      I, William M. White, Jr., do hereby certify that I have served a copy of the above motion by delivering a copy thereof electronically through the ECF system to the registered participants as identified in the Notice of Electronic Filing.

                                                  /S/*William M. White, Jr.*
                                                  William M. White, Jr.
                                                  Date:  6/25/08