UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 05-10204-GAO

UNITED STATES OF AMERICA

v.

PAUL HICKS,
Defendant.

ORDER
March 12, 2014

O'TOOLE, D.J.

The defendant's motion for leave to supplement his motion to vacate (dkt. no. 127) is DENIED as untimely under 28 U.S.C. § 2255(f)(3) as to proposed ground 7 and § 2255(f)(4) as to ground 8.

/s/ George A. O'Toole, Jr.
United States District Judge